1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL FOSTER,<br><br>    Defendants. | Case No. CR06-041L<br><br>ORDER DENYING MOTION TO FILE UNDER SEAL |

15  This matter comes before the Court on the Government's "Motion to File Under Seal
16 Government's Motion For Reconsideration of Court's Order to Sever Defendant Foster." (Dkt.
17 #368). The Government does not believe the motion for reconsideration (Dkt. #369) needs to
18 be sealed, but has sought to file it under seal in an abundance of caution. The Court agrees
19 with the Government that there is no longer a need for the motion for reconsideration (Dkt.
20 #369) to be sealed. The Government's motion is therefore DENIED.

21
22  DATED this 5th day of January, 2007.

23
24                          _____
25                          Robert S. Lasnik
                            United States District Judge
26

ORDER DENYING MOTION TO FILE
UNDER SEAL