UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD ALLEN FABEL,<br>RODNEY ROLLNESS,<br>JOSHUA BINDER,<br>RICKY JENKS, and<br>PAUL FOSTER<br><br>    Defendants. | Case No. CR06-041L<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

This matter comes before the Court on the Government's "Motion for Reconsideration of Court's Order to Sever Defendant Paul Foster" (Dkt. #369). On November 29, 2006, the Court granted defendant Foster's motion for severance (Dkt. #307). The Government now asks the Court to reconsider that order.

"Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rule CrR 12(c)(11)(A). While the Government has forcefully argued its position that severance is not justified in this situation, it has not put forward any new facts or legal authority that were not before the Court on Foster's original motion. Nor has it

ORDER DENYING MOTION FOR
RECONSIDERATION 1

1  demonstrated "manifest error" in the Court's prior ruling. As such, the Government's motion for
2  reconsideration (Dkt. #369) is DENIED.
3
4       DATED this 30th day of January, 2007
5
6
7                                               Robert S. Lasnik
8                                               United States District Judge

ORDER DENYING MOTION FOR
RECONSIDERATION 1