UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAUL FOSTER, <br><br> Defendant. | No. CR06-0041RSL <br><br> ORDER DENYING DEFENDANT'S MOTION FOR RELEASE PENDING DESIGNATION |

This matter comes before the Court on "Defendant Paul Foster's Motion for Release Pending Designation" (Dkt. #958). The Court, having considered the motion, the government's opposition (Dkt. #959), and the records and files herein, hereby DENIES defendant's motion.

DATED this 23rd day of January, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S
MOTION FOR RELEASE PENDING
DESIGNATION